

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-22887-CIV-MOORE/O'SULLIVAN

JEANNETTE VARELA,

    Plaintiff,

vs.

MTV NETWORKS, a division of Viacom
International Inc.; M.I. RECORDS, INC.;
and UNIVERSAL STUDIOS, INC.,

    Defendants.

_____

## JOINT SCHEDULING REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, S.D. of Fla. Local Rules 16.1(B)(1) and 16.1(B)(2), and this Court's Pre-Trial Order (dated November 17, 2044), Plaintiff Jeannette Varela ("Varela"), Defendant MTV Networks ("MTVN"), and Defendant Universal Studios, Inc. ("Universal")[1], by and through their respective undersigned counsel, hereby certify that they have conferred, and respectfully submit this Joint Scheduling Report.

---

[1] Plaintiff's counsel hereby represents that service was effectuated on M.I. Records, Inc. ("M.I."), and that he will promptly file the return of service with the Court. M.I. did not join this Scheduling Report or participate in the joint scheduling conference. Thus far, M.I. has not appeared in this lawsuit. Counsel for MTVN complied with this Court's Pre-Trial Order by forwarding same to the "Legal Department" at M.I.'s reputed business headquarters in New York City, with a message requesting a return phone call. That facsimile was successfully transmitted, although no one from M.I. followed up with undersigned counsel.

CASE NO. 04-22887-CIV-MOORE/O'SULLIVAN

1.  **Plain Statement of the Action**

This action arises out of a short-term residential lease between Varela and M.I., a record company. M.I. leased Varela's Star Island home for the 2001 Memorial Day weekend for use by recording artist Ja Rule. Varela alleges that M.I. breached the lease by: (1) allowing MTVN to film a television show (*MTV Cribs*) on her property, and later broadcasting that program; (2) hosting a "wild party" at her house; and (3) allowing Universal to utilize Varela's house in promoting the motion picture, *The Fast and the Furious*. Varela alleges that MTVN was unjustly enriched in that it "has been paid untold amounts of money in advertising revenue for the broadcast of Varela's multimillion dollar waterfront mansion on Star Island in Miami's South Beach." Varela alleges that Universal has been unjustly enriched in that it has "obtained profits and revenue from the advertising of *The Fast and the Furious* on numerous broadcasts of [*MTV*] *Cribs*."

2.  **Statement of the Facts**

On or about April 30, 2001, Ms. Varela and M.I. entered into a four-day residential lease, wherein Ms. Varela agreed to rent her home on Star Island (in Miami Beach) to M.I. The lease provided, in pertinent part, that "Tenant [M.I.] shall use the leased premises exclusively as a private residence for (8) eight adults only and for no other purpose and for occupancy by no other persons." The lease also provided, in relevant part, that "there shall be no . . . loud parties" on the premises.

Varela alleges these terms were violated as follows: (1) a television show was filmed at the house, and later broadcasted, without Varela's permission; (2) the house was used to promote

2

CASE NO. 04-22887-CIV-MOORE/O'SULLIVAN

*The Fast and the Furious* without Varela's permission; and (3) a "wild party" was held at the house.

3.  **Summary of the Issues**

    (A)  Whether M.I. breached the subject lease.

    (B)  Whether the defendants were unjustly enriched by the *MTV Cribs* production and *The Fast and the Furious* promotions.

    (C)  Whether the defendants invaded Ms. Varela's privacy by means of intrusion.

    (D)  Whether the defendants invaded Ms. Varela's privacy by publicly disclosing private facts.

    This is a summary of the relevant issues at this time. Additional issues may be uncovered as the case proceeds.

4.  **Case Management Track**

    The parties agree to the Standard Track set forth in Local Rule 16.1(A)(2)(b).

5.  **Discovery**

    Discovery should be conducted in phases. The parties propose that it will take approximately 269 days to conduct discovery as reflected in the following Discovery Schedule.

**Discovery Schedule**

(A)  *Plaintiff's Discovery Schedule*

    (1)  Requests for Admissions: To be completed on or before September 22, 2005 (the proposed discovery deadline).

3

CASE NO. 04-22887-CIV-MOORE/O'SULLIVAN

(2) Written Interrogatories: To be completed on or before Thursday, September 22, 2005 (the proposed discovery deadline).

(3) Requests for Production or Inspection of Documents: To be completed on or before Thursday, September 22, 2005 (the proposed discovery deadline).

(4) Oral Depositions: To be completed on or before Thursday, September 22, 2005 (the proposed discovery deadline).

(5) Disclosure of Expert Testimony: Plaintiff shall name experts, if any, and make all disclosures required by the Federal Rules of Civil Procedure and the Local Rules of this Court on or before Monday, July 18, 2005.

(6) The deadline for all other forms of discovery hereunder is on or before Thursday, September 22, 2005 (the proposed discovery deadline).

**B.**   *Defendants' Discovery Schedule*

(1) Requests for Admission: To be completed on or before Thursday, September 22, 2005 (the proposed discovery deadline).

(2) Written Interrogatories: To be completed on or before Thursday, September 22, 2005 (the proposed discovery deadline).

(3) Requests for Production or Inspection of Documents: To be completed on or before Thursday, September 22, 2005 (the proposed discovery deadline).

(4) Oral Depositions: To be completed on or before Thursday, September 22, 2005 (the proposed discovery deadline).

(5) Disclosure of Expert Testimony: Defendant's shall name any experts and make all disclosures required by the Federal Rules of Civil procedure and the Local Rules of this Court on or before Monday, August 22, 2005.

(6) The deadline for all other forms of discovery hereunder is on or before Thursday, September 22, 2005 (the proposed discovery deadline).

6. **Joinder of the Parties, Amending of Pleadings, Completion of Discovery, and Dispositive Motions**

    (1) Deadline to join additional parties: Monday, January 10, 2005;

    (2) Deadline to amend pleadings: Thursday, March 10, 2005;

    (3) Deadline to complete discovery: Thursday, September 22, 2005; and

    (4) Deadline to file dispositive motions: Friday, October 28, 2005.

7. **Proposed Dates for Pretrial Conference and Trial**

Pursuant to Local Rules 16.1(B)(2)(g) and 16.1(B)(2)(h), the parties have left blank spaces for insertion of the following dates certain:

    (1) Pretrial Conference: _____.

    (2) Trial: January ____, 2006.

CASE NO. 04-22887-CIV-MOORE/O'SULLIVAN

8. **Time Necessary for Trial and Type of Trial**

Plaintiff has requested a jury trial, and the parties estimate that **5 days** will be necessary for the completion of trial.

9. **Pending Motions**

MTVN filed a motion to dismiss, which also contains a motion to strike certain allegations in Plaintiff's Complaint, on December 8, 2004. Universal filed a motion to dismiss Plaintiff's Complaint on November 30, 2004. These motions are currently pending.

10. **Unique Factual Aspects of the Case Requiring Special Consideration by the Court**

None.

11. **Need for Special Master; Role of Magistrate**

The parties propose that there will be no need for a special master. The parties agree to magistrate jurisdiction over discovery issues.

12. **Likelihood of Settlement**

The likelihood of settlement cannot be ascertained at this time.

13. **Other Matters**

    1. The parties will attempt to work together to avoid unnecessary proof, reach stipulations regarding the authenticity of documents and otherwise simplify the issues presented for the Court's determination.

CASE NO. 04-22887-CIV-MOORE/O'SULLIVAN

2. Any party may, for good cause, seek modification of the foregoing.

**14. Certification**

The parties are currently in the process of exchanging initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)-(2), but were not able to complete such disclosures prior to filing this Joint Scheduling Report.

**DATED: December 17, 2004**

CASE NO. 04-22887-CIV-MOORE/O'SULLIVAN

**ROBERT H. COOPER, P.A.**
*Counsel for Plaintiff Jeonnette Varela*
Aventura Executive Office, Suite 704
2999 N.E. 191 Street
Miami, FL
Telephone: (305) 792-4343
Facsimile: (305) 792-0200

By: _____
ROBERT C. COOPER
Florida Bar No.: 0650323
Robert@rcooperpa.com

**KIKPATRICK & LOCKHART LLP**
*Counsel for Defendant MTV Networks*
Miami Center, 20th Floor
201 S. Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 539-3300
Facsimile: (305) 358-7095

By: _____
MICHAEL C. MARSH
Florida Bar No.: 0072796
mmarsh@kl.com
CAROL C. LUMPKIN
Florida Bar No.: 0797448
clumpkin@kl.com
MICHAEL G. MOORE
Florida Bar No.: 0195200
mmoore@kl.com

**PIVNIK & NITSCHE, P.A.**
*Counsel for Defendant Universal Studios, Inc.*
9100 Datran Blvd., Suite 1009
Miami, FL 33156
Telephone: (305) 670-0095
Facsimile: (305) 670-0094

By: _____
CAROLINE NITSCHE CARLSON
Florida Bar No.: 771554
CMNitsche@aol.com

8