United States District Court
Southern District of Florida

CASE NO.   04-22887-CIV-Moore
      Magistrate Judge Sullivan

Jeannette Varela
      Plaintiff,
v.
MTV Networks, a division of Viacom International Inc.; M.I. Records, Inc.; Universal Studios, Inc.
      Defendant.

### NOTICE OF TAKING TELEPHONIC DEPOSITION

      **YOU** are hereby notified that, on the following dates and times, the PLAINTIFF in the above-styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of:

| Deponent | Date | Time |
| --- | --- | --- |
| MTV's Most Knowledgeable Representative with the Revenues Earned from the Broadcast of the Cribs which included Plaintiff's home | 9/15/05 | 1:00 p.m. |
| MTV's Most Knowledgeable Representative with the filming Of the Cribs Episode at Plaintiff's House | 9/15/05 | 3:00 p.m. |
| MI Records most knowledgeable Representative regarding its Lease with Plaintiff | 9/16/05 | 10:00 am. |

Place:                         To be determined by counsel

      Said deposition(s) will be taken before Personal Touch Reporters or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative nor employee of such attorney or counsel and who is not financially interested in the action.

## Certificate of Service

I certify that a true and correct copy of the foregoing was mailed first class mail this September 8, 2005 to:

Michael Marsh
201 S Bisc. 20th Floor
Miami, Fl 33131

Karen Stetson
**P.O. Box 403023**
**Miami, Fl 33140**

**Robert H. Cooper P.A.**
**Aventura Executive Office**
**2999 N.E. 191 St. Suite 704**
**Miami, Fl. 33180**
**Robert@rcooperpa.com**
**305-792-4343 (direct extension)**
**305-792-0200 (fax)**
**Fl. Bar No. 0650323**

**Robert H. Cooper**