NIGHT BOX
FILED

 OCT 21 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

United States District Court
Southern District of Florida

CASE NO. 04-22887-CIV-Moore
   Magistrate Judge Sullivan

Jeannette Varela
       Plaintiff,
v.
MTV Networks, a division of Viacom International Inc.; M.I. Records, Inc.; Universal Studios, Inc.
       Defendant.

## **Plaintiff's Amended Witness and Exhibit List**

Plaintiff anticipates calling the following witnesses at trial:

1. Plaintiff Jeannette Varela 8322 NW 64 St Miami, Fl. 33166

2. Luis E. Varela Jr., 305-342-4143, 27 Star Island Dr. Miami Beach Fl. 33139

3. Diego, the chef during the stay n/a still trying to locate

4. **Sean Keenan n/a still trying to locate**

5. Karen Llanos, 305-594-2229, 1234 Buchanan St. Hollywood, Fl. 33019

6. Bryan Campbell, 305-610-3340, 1015 S. 13th Ave. Hollywood Fl. 33019

7. Marcel Buurman, 305-944-9099, 485 S Shore Dr. Miami Beach, 33141

8. Eddie Saavedra n/a still trying to locate

9. Richard Saavedra n/a still trying to locate

10. Marco Erro, 786-306-7770, 8942 W. Flager St. Unit 8, Miami Fl. 33174

11. John Martin, 321-217-6133, 191 N. Hibiscus Dr. Miami Beach, Fl 33139

12. Natalie Eskert, 305-710-0122, 10200 SW 125th St. Miami Fl 33176

13. Lilian Gonzalez, 305-778-7901, n/a

14. Mauricio Gonzalez, 786-210-6375, 1601 NE 191St #B411, Miami, Fl. 33179

15. Wakenhut Security guards on the island on the date and/or records custodian for Wakenhut and/or Star Island.

16. Edward Heredia, 305-586-9408, 10010 NW 44th Terr #101, Doral, Fl. 33178

17. Alexis Blanco, 305-505-3092, 2219 SW 27th Terr. Miami Fl. 33133

18. Mayra Gonzalez, 305-593-2959, 7846 NW 116 Ave. Miami, Fl. 33178

19. Paul Gioia, 305-205-9561, 27 Star Island Dr. Miami Beach Fl. 33139

20. Randy Hofer, 305-531-3105, 1390 Ocean Dr. Suite 305, Miami Beach, Fl. 33139

21. Jerry Attardi 7601 East Treasure Dr. Suite 12, North Bay Village, FL 33141

22. **Gabby Peluso address unknown.**

23. **Bill Evans address unknown**

24. **Chris Gotti address unknown**

## Exhibit List

1. Photographs of the damaged property.

2. The damaged property.

3. Lease.

4. Letter from plaintiff Jonathan Lieberman dated May 10, 2001.

5. Fax from plaintiff to defendant dated May 7, 2001

6. fax from plaintiff to Jonathan Lieberman dated May 11, 2001

7. traffic logs

8. location agreement dated April 4, 2000

9. location agreement dated January 10, 2000

10. location agreement dated January 22, 1999

11. MTV cribs episode

12. City of Miami Beach letter dated July 21, 2001.

13. Two notices of violation dated May 29, 200.

14. Location agreement

15. Letters dated June 15, 2001 and June 20, 2001 from Jerry Attardi

16. **Publix receipt**

17. **Letter dated May 30, 2001 from plaintiff to defendant.**

18. Letter dated June 1, 2001 from plaintiff to Jonathan Lieberman.

19. Letter dated May 11, 2001 from plaintiff to Miami Rent.

20. Letter dated July 13, 2001 from Jonathan Lieberman to plaintiff

21. premises permit dated May 26, 2001

22. MTV contact sheet dated May 26, 2001.

23. Guest Performer Release.

24. All impeachment and rebuttal documents.

25. All documents identified in the deposition of plaintiff.

## Certificate of Service

I certify that a true and correct copy of the foregoing was faxed and e-mailed and mailed first class mail this October 1̶0̶ 21, 2005 to:

Karen Stetson
P.O. Box 403023
Miami, Fl 33140


Robert H. Cooper P.A.
Aventura Executive Office
2999 N.E. 191 St. Suite 704
Miami, Fl. 33180
Fl. Bar No. 0650323

_____
Counsel for Plaintiff